**Exhibit A to the Complaint**

**Location:** New York, NY  **IP Address:** 68.173.99.102
**Total Works Infringed:** 47  **ISP:** Time Warner Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068 | Blacked | 01/10/2018 05:31:44 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 2 | 09A987FD901FC6E86E8A1768A291B85718BE4E79 | Blacked | 07/31/2017 05:21:43 | 04/30/2017 | 06/15/2017 | PA0002037580 |
| 3 | 0CDBD0333DA291B0276BF1BA0EAFD06E898DA0FA | Tushy | 06/13/2017 12:41:54 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 4 | 0DB330D277BCF06146EBC58B3F5CAE7F85607D1A | Blacked | 08/19/2017 11:37:50 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 5 | 127D8EAEE8F45701A505248271A3CFD34373E448 | Tushy | 06/26/2017 22:18:07 | 03/27/2017 | 06/05/2017 | PA0002050767 |
| 6 | 1622395FAB45AD3232279ED2EB045E13AC88C8F7 | Blacked | 10/09/2017 04:24:55 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 7 | 1C61ABC608F28FE0EB1B8115519CA139B67455B0 | Blacked | 12/05/2017 04:26:23 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 8 | 1DB929CF72ECC7E5B70A1E9CF9315F6C96A6F1E7 | Blacked | 06/26/2017 11:37:44 | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 9 | 1F1523CE21888D1021051942687079E80D7FEAF9 | Tushy | 12/27/2017 07:02:51 | 11/07/2017 | 11/15/2017 | 16013185672 |
| 10 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 09/24/2017 11:42:35 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 11 | 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08 | Tushy | 12/14/2017 14:00:44 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 12 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 06/26/2017 22:17:26 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 13 | 337A87F18ACD71687C3733C359197601B44E39FF | Vixen | 08/15/2017 11:41:48 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 14 | 35FC391D7869DA183CB119D3D676978EC11ADDB9 | Blacked Ra | 12/14/2017 14:03:05 | 12/13/2017 | 12/17/2017 | 16159650081 |
| 15 | 3C75DF0338469C899BB90D1928DCB245E2B3C2CF | Blacked | 12/05/2017 04:26:09 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 16 | 530E54D481D7BE087FF8875651364C015974E71E | Tushy | 12/30/2017 05:33:43 | 04/26/2017 | 06/15/2017 | PA0002037565 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 53FF1B4BD8FB69630FE0A67611FE747F902F6874 | Vixen | 08/15/2017 11:41:16 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 18 | 6437E6F43855D1C98B7B25546D39C5CF0E99962A | Blacked | 09/19/2017 11:07:29 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 19 | 64683F0353A903719B39E742A35B975B17849BF7 | Vixen | 11/27/2017 13:51:59 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 20 | 729C3815122E9D62C4F62EC6CAD5CA5B5EBB95F9 | Blacked | 08/08/2017 10:41:34 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 21 | 771C669842BE814DA19F886EDF5E759B0EC4BF37 | Blacked | 08/08/2017 10:33:13 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 22 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 01/06/2018 13:33:50 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 23 | 87894E3FA489B812EA1EDF9CCFE61C6FABBFFFED | Blacked | 12/27/2017 06:34:33 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 24 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 12/03/2017 07:26:21 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 25 | 94A81A56891381F734319A2788FD748F0BBCE7A9 | Blacked | 10/14/2017 04:09:12 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 26 | 9642336EA4BCA83AB7154CFDFA1091ECBFD98B7A | Blacked | 10/20/2017 15:53:32 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 27 | 9B1D4E6EDB376127974B73030DAF596A03F134ED | Tushy | 10/20/2017 15:49:55 | 10/18/2017 | 11/15/2017 | 16016503463 |
| 28 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 12/03/2017 07:34:43 | 09/18/2017 | 09/28/2017 | 15894022252 |
| 29 | A5FA84BEBC5D2C5A5330581452C032D90577EDC1 | Tushy | 10/06/2017 18:45:45 | 08/04/2017 | 08/17/2017 | 15732903865 |
| 30 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | Blacked | 10/20/2017 16:03:02 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 31 | A9DA66C041311E27ECB9D06990E2AEA7C54CEBBB | Blacked Ra | 12/29/2017 12:48:19 | 12/28/2017 | 01/18/2018 | 16215970231 |
| 32 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 08/07/2017 03:11:01 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 33 | B378CAEB9DFA80E256C29E523B89DDF82169A9A8 | Vixen | 08/22/2017 11:25:28 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 34 | B6A016EA7398CDBCE3C5F7AD2E9F542A2CC211CA | Blacked | 07/22/2017 11:15:08 | 07/09/2017 | 08/17/2017 | 15732782151 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | B8B5E999A94962328D350DA0E80A1725B23D450D | Blacked Ra | 12/27/2017 07:10:38 | 12/23/2017 | 01/18/2018 | 16200020025 |
| 36 | BA0E7961B6DDEED2714E67193B52FB44D6B94F83 | Vixen | 10/06/2017 18:36:30 | 08/02/2017 | 08/17/2017 | 15732903934 |
| 37 | C8403A14CF23D2EDF371585C9270B6B428210D5C | Blacked | 01/16/2018 05:19:29 | 01/15/2018 | 01/20/2018 | 16215970440 |
| 38 | C8EFA09EF1CAEC72B25969BB84371884337D26B7 | Vixen | 07/15/2017 10:32:36 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 39 | CA6678C58C405A501AF293322491A7DBD8B843A4 | Tushy | 12/27/2017 06:27:12 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 40 | CB52F9845A15DCB4D40F0CDD424990FB14DEC188 | Blacked | 07/19/2017 05:38:30 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 41 | E13DF1C4B0B6D03FB52E1B5B4A384F331B4EA5C1 | Blacked | 12/31/2017 12:59:18 | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 42 | EA9B3A53CA20ACAF75F495FB1ECF65A7A12B895A | Blacked | 07/03/2017 01:53:30 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 43 | EECBC957C07B74E8D2C3EDDF2447E1E531CFB050 | Tushy | 11/03/2017 05:12:17 | 06/10/2017 | 07/07/2017 | PA0002074096 |
| 44 | F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2 | Blacked | 10/20/2017 15:38:29 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 45 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 11/25/2017 11:49:18 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 46 | F7A1C47732223661EE6488DD9ED980E6705D7179 | Tushy | 08/01/2017 12:21:13 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 47 | FA13881E3ECD17E41847D3782270C2B981E0754A | Tushy | 08/09/2017 11:40:04 | 04/21/2017 | 06/15/2017 | PA0002037584 |